**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Theresa Harris
      Plaintiff,

v.                Case No.: 1:08−cv−01893
               Honorable Susan E. Cox

Michael J. Astrue
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

  MINUTE entry before the Honorable Susan E. Cox: Plaintiff's unopposed motion for leave to file a memorandum in excess of fifteen pages [23] is granted. Parties need not appear on 7/29/08 at 9:30 a.m. for presentment of the motion. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.